# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 24, 2015

## NO. 03-15-00063-CR

### Ex parte James Richard "Rick" Perry

**APPEAL FROM 390TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. We reverse the district court's order to the extent it upholds the facial constitutionality of the statute on which Count II of the indictment is based, Penal Code section 36.03(a)(1), as that statute incorporates section 1.07(a)(9)(F). We affirm the district court's denial of relief as to Count I. We remand the case to the district court for further proceedings consistent with our opinion and judgment, including dismissal of Count II. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.